02/28/2014 13:00 FAX ☑ 002/003

# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/31/2015 9:07:55 AM
CATHY S. LUSK
Clerk

FAX to: Cathy S. Lusk, Clerk, 12ᵗʰ Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): 12 - 15 - 00178 - CR

Trial Court Style: The State of Texas vs. Michael Sucre

Trial Court & County: 159th Judcial District Court        Trial Court No.: 2012-0525

Date Trial Clerk's Record Originally Due:   8/3/2015

Date Court Reporter's/Recorder's Record Originally Due:  8/3/2015

Anticipated Number of Pages of Record:   100

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either   ☑
the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record;

☐    Other. (Explain.): I got a late notice of designation on the 10th of July and need a few more days

I anticipate this record will be completed and forwarded to the 12ᵗʰ Court of Appeals by  8/14/2015  and I

hereby request an additional   9   days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

7/31/2015
Date                                Signature

936-671-4078
Office Phone Number              Printed Name  Whitney Harry

wmadison-lindsey@angelinacounty.net
E-mail Address (if available)        Official Title  Official Court reporter

Trial Clerk's/Court Reporter's Request for Ext/12ᵗʰ CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):                     Lead Counsel for APPELLEE(S):


Name: Michael Aduddell                             Name:

Address: 220 N. Thompson Suite 101                 Address:

Conroe, Texas 77301

Phone no.: 936-539-4113                            Phone no.:

Attorney for: Michael Sucre                        Attorney for:


Lead Counsel for APPELLANT(S):                     Lead Counsel for APPELLEE(S):

Name: April Ayers-Perez                            Name:

Address: Po Box 908                                Address:

Lufkin, Texas 75902

Phone no.: 936-632-5090                            Phone no.:

Attorney for: The State of Texas                   Attorney for:


Additional                    information,                    if                    any: